IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Williams, Herman W

Printed: 03/03/09

Case Number: 06 B 11334
Judge: Goldgar, A. Benjamin
Filed: 9/11/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  January 28, 2009
Confirmed:  November 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 11,598.70 |  |
| Secured: |  | 7,313.44 |
| Unsecured: |  | 850.39 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,350.00 |
| Trustee Fee: |  | 625.73 |
| Other Funds: |  | 459.14 |
| Totals: | 11,598.70 | 11,598.70 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---:|---:|
| 1. Veronica D Joyner | Administrative | 2,350.00 | 2,350.00 |
| 2. Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. Monterey Financial Services | Secured | 1,026.52 | 1,026.52 |
| 4. Litton Loan Servicing | Secured | 22,000.00 | 6,286.92 |
| 5. National Capital Management | Unsecured | 623.97 | 623.97 |
| 6. Monterey Financial Services | Unsecured | 226.42 | 226.42 |
|  |  | $ 26,226.91 | $ 10,513.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 110.40 |
| 5.4% | 298.08 |
| 6.5% | 119.60 |
| 6.6% | 97.65 |
|  | $ 625.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

